**DENIED and Opinion Filed April 25, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00483-CV

## IN RE MARK MILLIGAN, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1127465**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's April 23, 2024 petition for writ of mandamus challenging certain orders as void.

Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.); *see also* TEX. R. APP. P. 52.3(a) (requiring complete list of parties and names and addresses of counsel), 52.3(b) (requiring table of contents), 52.3(c) (requiring index of authorities), 52.3(f) (requiring issues or points presented), 52.3(j) (requiring certification that relator has reviewed petition

and concluded every factual statement in petition is supported by competent evidence included in the appendix or record), 52.7(a) (requiring sufficient record).

Accordingly, we deny relator's petition for writ of mandamus.

240483F.P05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE